IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ALICIA NAPUAONALANI HUEU, | ) | CV 20-00521 LEK-KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING |
| vs. | ) | MAGISTRATE JUDGE'S |
| | ) | FINDINGS AND |
| WILLIAM J. K. HAOLE, JR., | ) | RECOMMENDATION |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on January 08, 2021 and served on all parties on January 11, 2021, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to: (1) Deny Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs; (2) Dismiss This Action Summarily; (3) Remand to the Family Court of the Second Circuit, State of Hawaii; and (4) Direct the Clerk to Terminate This Action", ECF No. 6, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, January 27, 2021.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge